Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOAIZA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>FASTENAL COMPANY, a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>       Defendants. | CASE NO.: 2:21-cv-01034-DSF-AFM<br><br>**NOTICE OF SETTLEMENT** |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

Plaintiff David Loaiza hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: July 13, 2021                          Respectfully Submitted,

                                              */s/ Thiago M. Coelho*
                                              Thiago M. Coelho
                                              Jasmine Behroozan
                                              **WILSHIRE LAW FIRM**
                                              *Attorneys for Plaintiff*

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-01034-DSF-AFM

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 13, 2021

*/s/ Thiago M. Coelho*

Thiago M. Coelho

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-01034-DSF-AFM

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137